IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VENUS MOORE, | § | |
| | § | No. 154, 2023 |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE | § | C.A. No. K22A-09-003 |
| MERIT EMPLOYEE | § | |
| RELATIONS BOARD and | § | |
| DEPARTMENT OF HEALTH | § | |
| AND SOCIAL SERVICES, | § | |
| DIVISION OF MANAGEMENT | § | |
| SERVICES, | § | |
| | § | |
| Appellees. | § | |

Submitted:   August 25, 2023
Decided:     October 30, 2023

Before **VALIHURA**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

After consideration of the parties' briefs and the record on appeal, we conclude that the State of Delaware Merit Employee Relations Board's Decision and Order dated August 30, 2023 should be affirmed on the basis of and for the reasons stated in the Superior Court's Order dated April 6, 2023.[1]

---

[1] *Moore v. Merit Emp. Rels. Bd.*, 2023 WL 2808085 (Del. Super. Apr. 6, 2023).

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-described decisions of the Merit Employee Relations Board and the Superior Court are AFFIRMED.

BY THE COURT:


*/s/ N. Christopher Griffiths*
Justice